AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05 - 47 _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

_7-7-05_____    _Danny P Randolph Jr._____
(Date forms issued)         (Signature of Party or their Representative)

_DANNY P RANDOLPH Jr._____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action