BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |  |
|---|---|---|
| IN RE INTEL MARKET PRACTICES ANTITRUST LITIGATION | : : : : : | MDL DOCKET NO. _____ |

**PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES' REASONS WHY ORAL ARGUMENT SHOULD BE HEARD REGARDING THEIR MOTION TO TRANSFER AND COORDINATE OR CONSOLIDATE FOR PRETRIAL PROCEEDINGS IN THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs Michael Brauch and Andrew Meimes ("Plaintiffs") respectfully request oral argument on their motion to transfer and coordinate related antitrust actions based on the following reasons: (1) this is an original and not a tag-along action; (2) to date, fourteen substantially similar actions (one by a competitor of defendant Intel Corporation ("Intel") and thirteen by classes of consumers) have been filed in two venues – four in U.S. District Court for the District of Delaware and the remaining ten in U.S. District Court for the Northern District of California; (3) the proposed transfer and coordination or consolidation in the Northern District of California "will be for the convenience of the parties and witnesses and will promote the just and efficient conduct" of these actions because it is expected that counsel

56641.1

for Plaintiffs in each of the fourteen actions will take discovery of the same witnesses and documents to prove the same conspiracy; (4) the first of the class action cases, as well as the majority of all the cases that were filed regarding Intel's market practices (ten out of fourteen cases) were filed in the Northern District; (5) the Northern District has more than sufficient resources and judicial expertise to properly conduct this case; (6) Intel is located in the Northern District; (7) the Court is centrally located to all parties and witnesses; and (8) docket conditions favor the Northern District of California over the District of Delaware.

Dated: July 11, 2005

Respectfully submitted,

By: _____
Michael P. Lehmann (Cal. Bar. No. 77152)
Thomas P. Dove (Cal. Bar. No. 51921)
Alex C. Turan (Cal. Bar. No. 227273)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

Francis O. Scarpulla (Cal. Bar. No. 41059)
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 788-7210
Facsimile: (415) 788-0707

Craig C. Corbitt (Cal. Bar. No. 83251)
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

Attorneys for Plaintiffs Michael Brauch and Andrew Meimes