AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 05-473

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____4____ COPIES OF AO FORM 85.

____7-7-05____  
(Date forms issued)

____[signature] Danny P Randolph Jr.____  
(Signature of Party or their Representative)

____DANNY P RANDOLPH Jr.____  
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action