UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JIM KIDWELL, MARY REEDER, JOHN MAITA, JWRE, INC., CHRYSTAL MOELLER, and CARESSE HARMS, on their own behalves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-470 (JJF) |
| ROBERT J. RAINWATER, KATHY ANN CHAPMAN and SONIA YACO, on their own behalves and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-473 (JJF) |
| MATTHEW KRAVITZ and RAPHAEL ALLISON, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-476 (JJF) |
| MICHAEL RUCCOLO, individually, and on behalf all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 05-478 (JJF) |

| | |
|---|---|
| PHIL PAUL, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-485 (JJF) |
| RYAN JAMES VOLDEN, CHARLES DUPRAZ, VANESSA Z. DEGEORGE, MELISSA GOEKE, JAMES R. CONLEY, NANCY BJORK, TOM KIDWELL and JEFF VAUGHT, on their own behalves and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-488 (JJF) |
| LUDY A. CHACON and DARICE RUSS, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-489 (JJF) |
| MICHAEL K. SIMON, individually and on behalf all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-490 (JJF) |

| | |
|---|---|
| CHRISTIAN AMBRUOSO, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-505 (JJF) |
| ELIZABETH BRUDERLE BARAN, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-508 (JJF) |
| PAUL C. CZYSZ, on behalf of himself and all similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-509 (JJF) |
| MATTHEW E. LUDT, individually and on behalf all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-510 (JJF) |

| | |
|---|---|
| FICOR ACQUISITION CO., LLC, d/b/a MILLS & GREER SPORTING GOODS, RICHARD CAPLAN, MARIA PILAR SALGADO, PAULA NARDELLA, NANCY WOLFE, LESLIE MARCH, TOM HOBBS, ANDREW MARCUS and VIRGINIA DEERING, on their own behalves and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No.05-515 (JJF) |
| FAIRMONT ORTHOPEDICS & SPORTS MEDICINE, P.A., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-519 (JJF) |
| LAW OFFICES OF KWASI ASIEDU, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-520 (JJF) |
| HP CONSULTING SERVICES, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-521 (JJF) |

| | |
|---|---|
| CARROL COWAN, LEONARD LORENZO, and RUSSELL DENNIS, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-522 (JJF) |
| LENA K. MANYIN and JASON CRAIG, on their own behalves and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-526 (JJF) |
| JOSEPH SAMUEL CONE, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-531 (JJF) |
| JEROME FEITELBERG, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br> v.<br><br>INTEL CORPORATION,<br><br>   Defendant. | C.A. No. 05-532 (JJF) |

| | |
|---|---|
| ROBIN S. WEETH, and on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-533 (JJF) |
| MELINDA HARR, D.D.S., P.C.,<br>on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>INTEL CORPORATION, a Delaware Corporation<br><br>        Defendant. | C.A. No. 05-537 (JJF) |
| ANDREW S. COHN, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-539 (JJF) |
| MARIA GRIFFIN, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>       Defendant. | C.A. No. 05-540 (JJF) |

| | |
|---|---|
| HENRY KORNEGAY, on behalf of himself and on all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-541 (JJF) |
| PAUL RAMOS, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-544 (JJF) |
| BERGERSON & ASSOCIATES, INC., on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-547 (JJF) |
| DAVID ARNOLD, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 05-554 (JJF) |

| | |
|---|---|
| PHILLIP BOEDING, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-557 (JJF) |
| STUART MUNSON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 05-558 (JJF) |
| JODI SALPETER, JAY SALPETER AND CHERYL GLICK-SALPETER,<br>on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>INTEL CORPORATION,<br>a Delaware Corporation,<br><br>　　　　　Defendant. | C.A. No. 05-575 |

### DEFENDANT INTEL CORPORATION'S
### FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant Intel Corporation ("Intel") discloses that there is no parent company and no publicly held entity that owns 10% or more of Intel.

|  |  |
|---|---|
| OF COUNSEL:<br><br>BINGHAM McCUTCHEN LLP<br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  (415) 393-2000<br>Facsimile:  (415) 393-2286<br><br>Richard A. Ripley<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone:  (202) 778-6101<br>Facsimile:  (202) 393-6929<br><br>Dated:  August 16, 2005 | POTTER ANDERSON & CORROON LLP<br><br>By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant INTEL Corporation* |

694959

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 16, 2005, the attached document was sent via U.S. Mail to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

James L. Holzman
David W. Gregory
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

Scott E. Chambers
Jeffrey J. Clark
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, DE 19903

Pamela S. Tikellis
Robert J. Kriner, Jr.
A. Zachary Naylor
Robert R. Davis
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899

Jeffrey S. Goddess
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

Joel Friedlander
James G. McMillan, III
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801

I hereby certify that on August 16, 2005, I have sent via U.S. Mail the documents to the following non-registered participants:

Robert N. Kaplan
Richard J. Kilsheimer
Gregory K. Arenson
Kaplan Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022

Eugene A. Spector
Jeffrey L. Kudroff
Jeffrey J. Corrigan
Theodore M. Lieverman
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Randy M. Weber
The Law Offices Of Randy M. Weber, P.A.
777 Bricknell Avenue - Suite 1114
Miami, FL 33131

Michael D. Gottsch
Daniel B. Scott
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Harverford, PA 19041

Steven A. Kanner
Douglas A. Millen
Much Shelist Freed Denenberg
    Ament & Rubenstein, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606-1615

James E. Miller
Shepherd, Finkelman, Miller & Shah, LLC
65 Main Street
Chester, CT 06412-1311

Douglas P. Dehler
The Dehler Law Firm
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005

John R. Minnino
J Minnino, LLC
475 White House Pike
Collingswood, NJ 08107-2909

Steve W. Berman
Anthony D. Shapiro
Hagens Berman Sobol Shapiro, LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

Susan G. Kupfer
Karen Rosenthal
Glancy Binkow & Goldberg LLP
455 Market Street, Suite 1810
San Francisco, CA 94104

Samuel D. Heins
Vincent J. Esades
Troy J. Hutchinson
Heins Mills & Olson, P.L.C.
80 South Eighth Street
Minneapolis, MN 55402

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLC
Media, PA 19063

Ira Neil Richards
R. Andrew Santillo
Trujillo Rodriguez & Richards, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103

Marc A. Wites
Wites & Kapetan, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064

Robert S. Kithceoff
Steven A. Asher
Mindee J. Reuben
Weinstein Kithcenoff & Asher, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Frederick P. Furth
Michael P. Lehman
Thomas P. Dove
Alex C. Turan
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

2

Guido Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111

Jonathan L. Alpert
5920 River Terrace
Tampa, FL 33604-6526

Michael D. Gottsch
Daniel B. Scott
Chimicles & Tikellis LLP
361 W. Lancaster Avenue
Harverford, PA 19041

Steven O. Sidener
Joseph M. Barton
C. Andrew Dirksen
Gold Bennett Cera & Sidener, LLP
595 Market Street, Suite 2300
San Francisco, CA 94105

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
Wolf Haldenstein Adler Freeman & Herz LLC
750 B Street, Suite 2770
San Diego, CA 92101

Mary Jane Edelstein Fait
Adam J. Levitt
Wolf Haldenstein Adler Freeman & Herz LLP
55 West Monroe Street, Suite 111
Chicago, IL 60603

Jayne Goldstein
Mager, White & Goldstein, LLP
2825 University Drive, Suite 350
Coral Springs, FL 33065

Douglas G. Thompson, Jr.
Richard M. Volin
Karen J. Marcus
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007

Arthur Salzberg
Arthur J. Salzberg & Associates, P.C.
Air Rights Center North Tower
4550 Montgomery Avenue, Suite 601N
Bethesda, MD 20814-3202

Dan E. Gustafson
Jason S. Kilene
Gustafson Gluek PLLC
725 Northstar East
608 Second Ave. S.
Minneapolis, MN 55402

Fred Taylor Isquith
Wolf Haldenstein Adler Freeman
    & Herz LLC
270 Madison Avenue
11th Floor
New York, NY 10016

Richard J.R. Raleigh, Jr.
Wilmer & Lee, P.A.
100 Washington Street, Suite 200
Huntsville, Alabama 35801

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
South Burlington, VT 05403

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, MA 02109

3

Van Bunch  
Bonnett, Fairbourn, Friedman & Balint, P.C.  
57 Carriage Hill  
Signal Mountain, TN 37377  

Chad C. Nodland  
Chad C. Nodland, P.C.  
109 N 4th Street, Suite 300  
P.O. Box 640  
Bismarck, ND 58502-0640  

Brandon N. Voelker  
28 West 5th Street  
Covington, KY 41011  

Mark A. Griffin  
Keller Rohrback LLP  
1201 Third Avenue  
Suite 3200  
Seattle, WA 98101-3052  

Marvin A. Miller  
Jennifer W. Sprengel  
Matthew E. Van Tine  
Miller, Faucher & Cafferty LLP  
30 N. LaSale Street, Suite 3200  
Chicago, IL 60602  

Robert Mills  
Harry Shulman  
The Mills Law Firm  
145 Marina Boulevard  
San Rafael, CA 94901  

Anthony J. Bolognese  
Joshua Grabar  
One Penn Center Plaza  
1617 JFK Boulevard, Suite 650  
Philadelphia, PA 19103  

Peter G. Gruber  
Peter C. Gruber, P.A.  
One Datran Center, Suite 910  
9100 South Dadeland Boulevard  
Miami, FL 33156-7815  

Ann Lugbill  
2406 Auburn Avenue  
Cincinnati, OH 45219  

Gene Summerlin  
Ogborn, Summerlin & Ogborn, P.C.  
210 Windsor Place  
330 South Tenth Street  
Lincoln, NE 68508  

Daniel Hume  
David Kovel  
Kirby, Mcinerney & Squire LLP  
830 Third Avenue  
New York, NY 10022  

Bryan L. Clobes  
Miller, Faucher & Cafferty LLP  
One Logan Square  
Suite 1700  
Philadelphia, PA 19103  

Michael D. Hausfeld  
Daniel A. Small  
Brent W. Landau  
Cohen, Milstein, Hausfeld & Toll, PLLC  
1100 New York Avenue, N.W.  
Suite 500, West Tower  
Washington, DC 20005  

Bradford T. Yaker  
Nedelman Pawlak PLLC  
32000 Northwestern Highway, Suite 240  
Farmington Hills, MI 48334  

4

| | |
|---|---|
| Robert J. Sharkey<br>Vandervoort, Christ & Fisher, PC<br>Fifth Third Bank Building, Suite 312<br>67 West Michigan Avenue<br>Battle Creek, MI 49017 | Richard A. Lockridge<br>Robert K. Shelquist<br>Lockridge, Grindal, Nauen, PLLP<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 |
| Noah Golden-Krasner<br>Law Offices Of Noah Golden-Krasner<br>354 West Main Street<br>Madison, WI 53703 | Gerald J. Rodos<br>Mark R. Rosen<br>Jeffrey B. Gittleman<br>Barrack Rodos & Bacine<br>3300 Two Commerce Square<br>2001 Market Street<br>Philadelphia, PA 19103 |
| Joseph G. Veenstra<br>Johns, Flaherty & Collins, S.C.<br>205 Fifth Avenue South<br>Suite 600<br>P.O. Box 1626<br>LaCrosse, WI 54602-1626 | Tim Semelroth<br>Riccolo & Semelroth, P.C.<br>425 Second Street SE, Suite 1140<br>Cedar Rapids, IA 52401 |
| Robert K. Shelquist<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 | Charles F. Speer<br>Donnamarie Landsberg<br>Speer Law Firm, P.C.<br>104 W. 9th Street, Suite 305<br>Kansas City, MO 64105 |

By: /s/
Richard L. Horwitz
David E. Moore
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

694970