**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBERT J. RAINWATER, KATHY ANN CHAPMAN, and SONIA YACO, on their own behalves and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>INTEL CORPORATION, A DELAWARE CORPORATION,<br><br>                    Defendant. | Case No. 1:05-cv-00473-JJF |

**SUBSTITUTION OF COUNSEL**

TO:    Clerk of the Court
          District Court of Delaware
          800 N. King Street
          Wilmington, DE 19801

**PLEASE WITHDRAW** the appearance of A. Zachary Naylor, Esquire, as attorney for the Plaintiffs and **PLEASE ENTER** the appearance of Robert D. Goldberg, Esquire, as attorney for the Plaintiffs.

| | |
|---|---|
| **CHIMICLES & TIKELLIS LLP** | **BIGGS & BATTAGLIA** |
| | |
| /s/ A. Zachary Naylor | /s/ Robert D. Goldberg |
| A. Zachary Naylor (I.D. No. 4439) | Robert D. Goldberg (I.D. No. 631) |
| Chimicles & Tikellis LLP | Biggs and Battaglia |
| One Rodney Square | 921 N. Orange Street |
| P.O. Box 1035 | P.O. Box 1489 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 656-2500 | (302) 655-9677 |
| | |
| DATED: January 18, 2006 | DATED: January 18, 2006 |

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on January 18, 2006, I caused a copy of the Substitution of Counsel to be served on the following in the manner indicated:

### VIA ELECTRONIC FILING

A. Zachary Naylor
Chimicles & Tikellis LLP
One Rodney Square
P.O. Box 1035
Wilmington, DE 19801

James L. Holzman
Eric M. Andersen
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

Richard L. Horwitz
Potter Anderson & Corroon, LLP
1313 N. Market St., Hercules Plaza, 6th Flr.
P.O. Box 951
Wilmington, DE 19899-0951

      /s/ Robert D. Goldberg
      Robert D. Goldberg (I.D. #631)

P:\Users\Meme\RDG\EFilings\Intel\Substitution of Counsel - Rainwater.doc